In the Matter of the Claim of GEORGE WEBB, Respondent, against BUILDING DEMOLISHING Co., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 15, 1935; decided February 26, 1935.)

*William S. Sinclair* and *James J. Mahoney* for appellants.

*John J. Bennett, Jr., Attorney-General* (*John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

*Edward T. Curran* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.